IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| LISA D. MARTIN,<br>          *Plaintiff,*<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br>          *Defendant.* | CIVIL ACTION NO. 6:11-cv-00055<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  I referred this case to United States Magistrate Judge Robert S. Ballou for proposed findings of fact and a recommended disposition. The parties filed cross-motions for summary judgment, and the magistrate judge subsequently filed a Report and Recommendation (the "Report") recommending that the Commissioner's motion for summary judgment be denied; that Plaintiff's motion for summary judgment be granted in part; and that the matter be reversed and remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g). After a review of the entire record in this case, and no objection having been filed to the Report within fourteen days of its service upon the parties, I ADOPT the Report (docket no. 25) in its entirety. Accordingly, the Commissioner's motion for summary judgment (docket no. 21) is DENIED; Plaintiff's motion for summary judgment (docket no. 17) is GRANTED IN PART; and this matter is REVERSED and REMANDED to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), with instructions as set forth in detail in the Report. This action is hereby DISMISSED from the court's active docket.

- 2 -

The Clerk of the Court is directed to send a certified copy of this order to all counsel of record and to United States Magistrate Judge Robert S. Ballou.

It is so ORDERED.

ENTERED this __21st__ day of February, 2013.

                                                             NORMAN K. MOON
                                                             UNITED STATES DISTRICT JUDGE